CC: USM-ED
POLA
BOP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER HENRY LISTER, SR.,<br><br>Defendant. | Case No. EDCR 10-0058-KK-1<br><br>AMENDED JUDGMENT |

Pursuant to the Order Granting in Part and Denying in Part Defendant's Motion for a Reduction of Sentence [dkt. 307], IT IS HEREBY ADJUDGED that Christopher Henry Lister, Reg. # 25598-112, is sentenced to TIME SERVED with a three-year term of supervised release under the same conditions previously imposed. Defendant Lister SHALL BE RELEASED FORTHWITH.

Dated: June 26, 2024

HONORABLE KENLY KIYA KATO
United States District Judge